IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TROY BISHOP,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　**Case No. 4:15cv160-MW/EMT**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 25. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**. A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on July 11, 2016.**

                                                                               s/Mark E. Walker    
                                                                       **United States District Judge**